IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| A. CORNELL BLANKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:09-CV-0695-K |
| | § | |
| VOUGHT AIRCRAFT INDUSTRIES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Instant Post Judgment Motion for Reconsideration of in the Alternative Claim of Clear and Unmistakable Error or the Judges Memorandum Opinion Recommendation Entered October 12th 2010 Granting Defendant's Motion for Summary Judgment Pursuant to FRCP 59(e), filed on October 22, 2010, which the Court treats as Objections to the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, are hereby **OVERRULED.**

Further, the Court has considered Plaintiff's Brief in Support of his Previously

Filed Rule 59(E) Motion for Reconsideration of in the Alternative, Rule 60(B) Motion, filed on October 25, 2010, and finds that any requested relief must be and is hereby **DENIED**.

Therefore, Defendant's Motion for Summary Judgment is hereby **GRANTED**. Plaintiff's Motion for Summary Judgment is hereby **DENIED**.

Any further relief requested by Plaintiff is hereby **DENIED**.

**SO ORDERED.**

**Signed** this 26th day of October, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE